# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00111-MLB-CMS
## USA v. Autry et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 06/26/2019.

TIME COURT COMMENCED: 1:34 P.M.
TIME COURT CONCLUDED: 2:45 P.M.         TAPE NUMBER: FTR
TIME IN COURT: 00:30                    DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

**DEFENDANT(S):**
[1] Michael Stephen Autry NOT Present at proceedings
[4] Andre Adam Nguyen NOT Present at proceedings
[6] Mark William Jaramillo NOT Present at proceedings
[7] Jacob Montgomery Gibson NOT Present at proceedings
[8] Charles D. Thompson NOT Present at proceedings

**ATTORNEY(S) PRESENT:**
Suzanne Hashimi representing Charles D. Thompson
Paul Jones representing USA
Laila Kelly representing Mark William Jaramillo
Colette Steel representing Michael Stephen Autry
Margaret Strickler representing Jacob Montgomery Gibson
Emily Strongwater representing Andre Adam Nguyen

**PROCEEDING CATEGORY:** Pretrial Conference;

**MOTIONS RULED ON:**
DFT#1-[151] Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#1-[151] Motion for Bill of Particulars TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#1-[152] Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#1-[164] Motion to Suppress Statements DEFERRED To the trial Judge
DFT#1-[164] Motion for Jackson-Denno Hearing DEFERRED To the trial Judge
DFT#1-[165] Motion to Adopt STRICKEN The defendant has until 7/3/19 to re-file the motion. Once the new motion is filed the government has until 7/10/19 to respond to the motion and the defendant has until 8/12/19 to reply to the government's response
DFT#1-[166] Motion to Adopt STRICKEN The defendant has until 7/3/19 to re-file the motion. Once the new motion is filed the government has until 7/10/19 to respond to the motion and the defendant has until 8/12/19 to reply to the government's response
DFT#4-[158] Motion to Dismiss/Lack of Jurisdiction TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#4-[159] Motion to Suppress Statements DEFERRED To the trial Judge
DFT#4-[159] Motion for Jackson-Denno Hearing DEFERRED To the trial Judge
DFT#4-[160] Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#4-[160] Motion for Bill of Particulars TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#4-[168] Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply

to the government's response
DFT#6-[153]Motion to Suppress Search and Seizure TAKEN UNDER ADVISEMENT The defendant has 30 days to supplement the motion and to brief why a evidentiary hearing is necessary.
DFT#6-[153]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT The defendant has 30 days to supplement the motion and to brief why a evidentiary hearing is necessary.
DFT#6-[154]Motion to Suppress Statements DEFERRED To the trial Judge
DFT#6-[155]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#6-[167]Motion to Adopt STRICKEN The defendant has until 7/3/19 to re-file the motion. Once the new motion is filed the government has until 7/10/19 to respond to the motion and the defendant has until 8/12/19 to reply to the government's response
DFT#7-[147]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#7-[148]Motion to Suppress Statements DEFERRED To the trial Judge
DFT#7-[148]Motion for Jackson-Denno Hearing DEFERRED To the trial Judge
DFT#7-[149]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#7-[150]Motion to Compel TAKEN UNDER ADVISEMENT The government and the attorney for the defendant are to discuss the motion if a agreement cannot be reached than the government is to file a response to the motion by 7/26/19.
DFT#7-[156]Motion to Adopt STRICKEN The defendant has until 7/3/19 to re-file the motion. Once the new motion is filed the government has until 7/10/19 to respond to the motion and the defendant has until 8/12/19 to reply to the government's response
DFT#8-[100]Motion to Suppress Statements DEFERRED To the trial Judge
DFT#8-[101]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT The government is to respond to the motion by 7/10/19. The defendant has until 8/12/19 to reply to the government's response
DFT#8-[163]Motion to Adopt STRICKEN The defendant has until 7/3/19 to re-file the motion. Once the new motion is filed the government has until 7/10/19 to respond to the motion and the defendant has until 8/12/19 to reply to the government's response

| | |
|---|---|
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for August 16, 2019 at 9:30 a.m. in Courtroom 1810; |